IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY M. FLORES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA PACIFIC MEDICAL CENTER,<br><br>　　　　Defendant<br>_____/ | No. C 04-1864 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST FOR ASSIGNMENT TO MAGISTRATE JUDGE** |

　　　　Before the Court is plaintiff's Request for Assignment to a Magistrate Judge for the Resolution of Discovery Matters, filed June 16, 2005.

　　　　Although the Court's Pretrial Preparation Order refers discovery matters to a magistrate judge, the assignment to a particular magistrate judge is not made unless and until a motion concerning to a discovery matter is filed.

　　　　Accordingly, plaintiff's request is hereby DENIED without prejudice.

　　　　**IT IS SO ORDERED**.


Dated:  June 17, 2005　　　　　　　　　　　　　　/s/ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge