IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY FLORES,

    Plaintiff(s),

vs.

CALIFORNIA PACIFIC MEDICAL CENTER,

    Defendant(s).

No. C 04-1864 MMC (MEJ)

**ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE**

The parties are hereby ORDERED to appear for a Further Settlement Conference in this matter on Friday, September 9, 2005, at 10:00 a.m. The settlement conference shall take place in Judge James' chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102. On the date of the settlement conference, counsel and parties shall use the court telephone next to the door to chambers to notify the Court of their arrival. Each party must attend the conference having full authority to negotiate and settle the case. **IT IS SO ORDERED.**

Dated: September 6, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge