IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FLORES,<br><br>       Plaintiff,<br><br>vs.<br><br>CALIFORNIA PACIFIC MEDICAL CENTER,<br><br>       Defendant. | No. C 04-1864 MMC (MEJ)<br><br>**ORDER FOR PLAINTIFF'S ATTORNEY TO SUBMIT WRITTEN FEE AGREEMENT FOR *IN CAMERA* REVIEW** |

On September 9, 2005, the parties in the above-captioned matter appeared before the undersigned, at which time the matter settled. The Court is now in receipt of Plaintiff's letter regarding the amount of the settlement retained by her counsel. Plaintiff's counsel has also filed a response to Plaintiff's letter. So as to resolve this dispute, the Court hereby ORDERS Plaintiff's counsel, Alan Adelman, to submit the written fee agreement with Plaintiff for *in camera* review. Mr. Adelman shall submit the agreement as soon as possible, but no later than April 7, 2006. Mr. Adelman may fax the agreement directly to chambers.

**IT IS SO ORDERED.**

Dated: April 3, 2006

MARIA-ELENA JAMES
United States Magistrate Judge