1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  NANCY FLORES,                           No. C 04-1864 MMC (MEJ)

10          Plaintiff,

11     vs.                                  **ORDER RE: WRITTEN FEE
                                            AGREEMENT**
12  CALIFORNIA PACIFIC MEDICAL CENTER,

13          Defendant.
   _____/

14

15       On September 9, 2005, the parties in the above-captioned matter appeared before the

16  undersigned, at which time the matter settled.  The Court is now in receipt of Plaintiff's letter

17  regarding the amount of the settlement retained by her counsel.  Plaintiff's counsel has also filed a

18  response to Plaintiff's letter, and the Court conducted an *in camera* review of the written fee

19  agreement between Plaintiff and her attorney.  Upon review of the fee agreement, the Court finds

20  that Plaintiff's attorney actually received less than that to which he was entitled under the fee

21  agreement.  Accordingly, the Court finds no basis for Plaintiff's dispute.  Further, as this is a

22  contractual matter between Plaintiff and her attorney, this Court has no jurisdiction over the dispute.

23       **IT IS SO ORDERED.**

24

25  Dated: April 3, 2006                    _____

26                                          MARIA-ELENA JAMES
                                            United States Magistrate Judge
27

28

*United States District Court*
For the Northern District of California